**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LEON LEE MEYERS,                     No. C-09-0857 TEH (PR)

12               Plaintiff,

13        v.                             ORDER OF DISMISSAL WITHOUT
                                         PREJUDICE
14   ALAMEDA COUNTY SHERIFF, et. al.,

15               Defendants.

16   _____/

17

18        On February 27, 2009, Plaintiff, a pretrial detainee

19   housed at the Alameda County Jail, Santa Rita Facility, in Dublin,

20   California, filed a pro se Complaint under 42 U.S.C. § 1983 alleging

21   violations of his constitutional rights.  Specifically, Plaintiff

22   alleged that:  (1) beginning on April 21, 2008, unidentified Santa

23   Rita Jail officials were deliberately indifferent to his serious

24   medical needs with respect to his dental care; and (2) on or around

25   June 17, 2008, unidentified Santa Rita Jail officials were

26   deliberately indifferent to his safety by placing him in a holding

27   tank with a known enemy he knew only as "Lucky."  Doc. #1.

28        On April 22, 2009, Plaintiff filed a First Amended

1   Complaint in which he again alleged that unidentified Santa Rita

2   Jail officials were deliberately indifferent to his safety, this

3   time referring to an incident that took place on or around March 31,

4   2009, when officials placed him in a holding tank with "Lucky."

5   Doc. #3.

6           On June 17, 2009, the Court dismissed both the original

7   Complaint and the First Amended Complaint, with leave to amend.

8   Doc. #6.  In its Order, the Court noted that, liberally construed,

9   Plaintiff's allegations appeared to state cognizable § 1983 claims

10  for deliberate indifference to his serious medical needs and to his

11  safety, but that the pleadings were deficient because:  (1)

12  Plaintiff failed to identify individual Defendants by name and set

13  forth specific facts as to how each individual Defendant proximately

14  caused the deprivation of Plaintiff's federally-protected rights;

15  and (2) the pleadings contained unrelated claims against unrelated

16  Defendants and therefore were joined improperly.  Id. at 6.  The

17  Court afforded Plaintiff 30 days to file a Second Amended Complaint

18  to correct the pleading deficiencies.  Id. at 6-7.

19          On July 17, 2009, Plaintiff filed a Second Amended

20  Complaint.  Doc. #7.  Unfortunately, this document fails to correct

21  the pleading deficiencies the Court noted in its prior Order.  See

22  id. at 9 ("though I don't have specific names [of Defendants] as of

23  yet I know that through the proper channels that this can be

24  accomplished"; id. at 10 (emphasis added) ("Plaintiff *will* include

25  all relevant documents with names, times and dates as soon as they

26  are made available").

27

28                                  **2**

1       Under these circumstances, i.e., where Plaintiff fails to

2  identify by name individual Defendants and set forth specific facts

3  showing how the identified Defendants caused the deprivation of

4  Plaintiff's federally-protected rights, this action cannot proceed.

5  The action therefore will be DISMISSED WITHOUT PREJUDICE, subject to

6  Plaintiff refiling a new civil rights Complaint that identifies

7  individual Defendants by name and sets forth specific facts showing

8  how each individual Defendant proximately caused the deprivation of

9  Plaintiff's federally-protected rights; and (2) contains all related

10  claims against all related Defendants.  Plaintiff is advised that,

11  should he choose to refile the action, he must file a new

12  Application to Proceed In Forma Pauperis.

13       The Clerk is directed to terminate any pending motions as

14  moot and close the file.

15

16       IT IS SO ORDERED.

17

18

19  DATED      07/23/09

                               THELTON E. HENDERSON

20                                 United States District Judge

21

22

23

24

25

26  G:\PRO-SE\TEH\CR.09\Meyers-09-0857-dismissal.wpd

27

28                                3